### CONGREGATION ETZ CHAIM, a California corporation, Plaintiff–Appellee,

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**Esma Younis; et al., Appellants,**

v.

### CITY OF LOS ANGELES, Defendant.

### No. 05–56180.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 10, 2007.

Filed Aug. 21, 2007.

Kathryn M. Davis, Pasadena, CA, for Plaintiff–Appellee.

Michael F. Wright, Esq., Case Knowlson Jordan & Wright, Los Angeles, CA, for Appellants.

Tayo A. Popoola, Los Angeles City Attorney's Office, Los Angeles, CA, for Defendant.

Before: SILVERMAN, W. FLETCHER, and CLIFTON, Circuit Judges.

### ORDER *

We VACATE the district court's injunction in light of our opinion in *League of Residential Neighborhood Advocates v. City of Los Angeles,* —— F.3d ——, 2007 WL 2363720 (9th Cir.2007), and REMAND for further proceedings.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.